# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARRELL CONNERS,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:15-cv-00372-RCJ-VPC

**ORDER**

    Petitioner, who is a prisoner in the custody of the Nevada Department of Corrections, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court dismisses this action because petitioner did not pay the filing fee and did not file an application to proceed <u>in forma pauperis</u>, together with a signed financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. The court has reviewed the petition preliminarily, and the dismissal of this action would not affect the timeliness of the action under 28 U.S.C. § 2244(d)(1), because the action already appears to be untimely.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that the clerk of the court shall send petitioner a blank form for an application to proceed <u>in forma pauperis</u> for incarcerated litigants and a blank § 2254 habeas corpus petition form with instructions.

    IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to petitioner's commencement of a new action in which he either pays the filing fee in full or submits a

1 complete application to proceed in forma pauperis, accompanied by a signed financial certificate
2 and a statement of his inmate account.  The clerk of the court shall enter judgment accordingly.
3     IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.
4     IT IS FURTHER ORDERED that the clerk shall add Adam Paul Laxalt, Attorney General
5 for the State of Nevada, as counsel for respondents.
6     IT IS FURTHER ORDERED that the clerk shall electronically serve upon respondents a
7 copy of the this order.  No response is necessary.
8     Dated this 25th day of August, 2015.

ROBERT C. JONES
United States District Judge

-2-