# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARRELL CONNERS,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:15-cv-00372-RCJ-VPC

**ORDER**

    The court dismissed this action because petitioner did not pay the filing fee or file an application to proceed in forma pauperis when he commenced this action. Order (#3). Petitioner has filed an application to proceed in forma pauperis (#8) and a motion to reconsider appointment of counsel (#9). Petitioner has demonstrated that he tried to pay the filing fee and to file an application to proceed in forma pauperis when he commenced this action but that the court never received either. The court will reinstate this action. The application (#8) shows that petitioner has sufficient funds and frequent deposits to his inmate account, so he will be able to pay the filing fee.

    IT IS THEREFORE ORDERED that petitioner's motion to reconsider appointment of counsel (#9) is **GRANTED** in part. This action is **REINSTATED**. The order (#3) and judgment (#4) dismissing this action are **VACATED**.

    IT IS FURTHER ORDERED that the application to proceed in forma pauperis (#8) is **DENIED**. Petitioner shall have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

IT IS FURTHER ORDERED that the clerk of the court shall send petitioner two copies of this order.  Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: This 12th day of February, 2016.

_____
ROBERT C. JONES
United States District Judge