# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL CONNERS,<br><br>    Petitioner,<br><br>vs.<br><br>RENEE BAKER, et al.,<br><br>    Respondents. | Case No. 3:15-cv-00372-RCJ-VPC<br><br>**ORDER** |

The court ordered petitioner to pay the filing fee. Petitioner has written a letter to the court, which the court construes as a request for extra time to pay the filing fee. The court will grant that request.

Petitioner needs to put all requests to the court in the form of a motion. Writing a letter to the court runs the risk of the request being disregarded.

IT IS THEREFORE ORDERED that petitioner will have thirty (30) days from the date of entry of this order to pay the filing fee of five dollars ($5.00). Failure to comply will result in the dismissal of this action.

DATED: This 12th day of April, 2016.

_____
ROBERT C. JONES
United States District Judge