

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DARRELL CONNERS,

    Petitioner,

vs.

TIMOTHY FILSON, et al.,

    Respondents.

Case No. 3:15-cv-00372-RCJ-VPC

**ORDER**

    Petitioner has filed a first amended petition (ECF No. 34). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

    Respondents have filed a motion to substitute party (ECF No. 29), which the court grants.

    Petitioner has filed a proper-person request for docket sheet (ECF No. 30). The court strikes this request because counsel represents petitioner. All requests need to come through counsel. LR IA 11-6(a).

    IT IS THEREFORE ORDERED that respondents' motion to substitute party (ECF No. 29) is **GRANTED**. Timothy Filson is substituted for Renee Baker as respondent. The clerk of the court shall change the respondent in the electronic filing system accordingly.

    IT IS FURTHER ORDERED that the clerk of the court shall **STRIKE** petitioner's proper-person request for docket sheet (ECF No. 30).

///

///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that respondents shall have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the first amended petition (ECF No. 34). Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply. If respondents file a motion, then the briefing schedule of Local Rule LR 7-2 shall apply. |

DATED: August 30, 2017.

_____
ROBERT C. JONES
United States District Judge