# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL CONNERS, | Case No. 3:15-cv-00372-RCJ-CBC |
| Petitioner, | **ORDER** |
| v. | |
| RENEE BAKER, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 54), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 54) is **GRANTED**. Respondents will have through January 4, 2019, to file a response to petitioner's motion to stay and abey proceedings or in the alternative for partial dismissal (ECF No. 52).

DATED: November 7, 2018.

ROBERT C. JONES
United States District Judge

1