UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL CONNERS,<br><br>    Petitioner,<br><br>    v.<br><br>RENEE BAKER, et al.,<br><br>    Respondents. | Case No. 3:15-cv-00372-RCJ-CLB<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 63), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 63) is **GRANTED**.  Respondents will have up to and including May 21, 2020, to file and serve a response to the amended petition (ECF No. 34).

DATED: May 14, 2020.

_____
ROBERT C. JONES
United States District Judge