**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARRELL CONNERS, | Case No. 3:15-cv-00372-RCJ-CLB |
| Petitioner, | **ORDER** |
| v. | |
| TIMOTHY FILSON, et al., | |
| Respondents. | |

Respondents and Petitioner Darrell Conners have filed a stipulation for an enlargement of time for Respondents to file their answer to Conners' first amended petition, explaining that "[t]he Clark County District Attorney's Office and Conners' counsel are engaged in continued discussions about Conners' conviction and sentence . . . which is . . . the subject of Conners' First Amended Petition." (ECF No. 85.) The Court finds good cause to grant the stipulation.

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 85) is GRANTED. Respondents will have up to and including February 6, 2024, to file their answer.

Dated: October 10, 2023

ROBERT C. JONES
UNITED STATES DISTRICT COURT JUDGE