UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL CONNERS,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>TIMOTHY FILSON, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:15-cv-00372-RCJ-CLB<br><br>**ORDER** |

　　　　Petitioner Darrell Conners's *pro se* federal habeas petition was filed on June 7, 2016. (ECF No. 16.) This Court appointed counsel for Conners, and Conners's counseled first-amended petition was filed on March 24, 2017. (ECF Nos. 15, 34.) On March 29, 2021, this Court granted a motion to dismiss, finding that this action was untimely and that Conners failed to demonstrate equitable tolling. (ECF No. 73.) Conners appealed. (ECF No. 75.) On May 25, 2023, the United States Court of Appeals for the Ninth Circuit reversed and remanded this matter. (ECF No. 81.) On August 10, 2023, this Court reopened this action and vacated its previous dismissal order. (ECF No. 84.) This Court ordered Respondents to answer the first-amended petition. (*Id*.) Respondents' answer is currently due on February 6, 2024. (ECF No. 86.)

　　　　This matter now comes before this Court on Conners's counsel's motion to withdraw as counsel. (ECF No. 87.) In her motion, Conners's counsel explains that a stipulation and order were entered in Conners's underlying state court case, vacating his convictions and sentences. (*Id*. at 2.) Accordingly, on or about January 3, 2024, Conners was completely released from state custody and is now at the Nevada Southern facility in federal custody awaiting assignment to begin his federal sentence. (*Id*.) On January 8, 2024, Conners informed his counsel that he did not want her

to represent him anymore and requested that his counsel file a motion to withdraw. (*Id*. at 2–3.) In light of Conners's statements to his counsel, this Court grants the motion to withdraw.[1]

IT IS THEREFORE ORDERED that the Motion to Withdraw as Counsel (ECF No. 87) is granted. Jamie J. Resch, Esq., is relieved as counsel, and Petitioner Darrell Conners is returned to *pro se* status.

IT IS FURTHER ORDERED that the Clerk of the Court (1) update the docket sheet by terminating Jamie J. Resch's representation of Petitioner Darrell Conners, (2) send Jamie J. Resch a courtesy copy of this order, (3) update Conners's address to Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060, and (4) send Conners a copy of this order.

Dated:   January 11, 2024

ROBERT C. JONES
UNITED STATES DISTRICT COURT

---

[1] Conners may file a motion for the appointment of new counsel if he so desires, but, given the status of his underlying state court case, such a motion may be unnecessary.